# EXHIBIT A

**Verification, Case Docket and Superior Court Documents**

## VERIFICATION

STATE OF ARIZONA           )
                                             ) ss.
County of Maricopa           )

I, Deborah Garner, hereby state, under the penalty of perjury, that the following information is true to my knowledge, information, and belief:

1.     I am the attorney for Vonetta Lanier in the matter of *Dominque Brown v. Vonetta Lanier*, Case No. CV2021-011488, currently pending in the Arizona Superior Court of the State of Arizona, County of Maricopa, before the Honorable Pamela Gates.

2.     On August 25, 2021, I filed a Notice of Removal under 28 U.S.C. § 1441(b) *et seq.* seeking to remove to the United States District Court for the District of Arizona.

3.     In compliance with 28 U.S.C. § 1441(a) and L.R.Civ. 3.6(b), I certify that the attached documents are true and accurate copies of pleadings and other documents that were filed in the Superior Court of the State of Arizona, Maricopa County, in *Dominque Brown v. Vonetta Lanier*, Case No. CV2021-011488.

4.     Also attached is a true and accurate copy of the court docket in *Dominque Brown v. Vonetta Lanier*, Case No. CV2021-011488.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED this 25th day of August, 2021.

_____
Deborah Garner

#9743483

 ❯ Docket

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2021-011488 | Judge: | Arbitration 01 | Gates |
| File Date: | 7/21/2021 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Dominique Brown | Plaintiff | Unknown | Pro Per |
| Vonetta Lanier | Defendant | Female | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 8/10/2021 | AFS - Affidavit Of Service | 8/16/2021 | |
| **NOTE:** VONETTA LANIER | | | |
| 8/10/2021 | SUM - Summons | 8/17/2021 | Plaintiff(1) |
| 7/21/2021 | COM - Complaint | 7/22/2021 | Plaintiff(1) |
| 7/21/2021 | CSH - Coversheet | 7/22/2021 | Plaintiff(1) |
| 7/21/2021 | NJT - Not Demand For Jury Trials | 7/22/2021 | Plaintiff(1) |
| 7/21/2021 | ADW - Application Deferral/Waiver | 7/22/2021 | Plaintiff(1) |
| 7/21/2021 | ASA - Affidavit in Support of Application for Deferral or Waiver of Service Process Costs | 7/22/2021 | Plaintiff(1) |
| 7/21/2021 | ODF - Order Deferring Court Fees | 7/22/2021 | |
| 7/21/2021 | CAA - Cert Of Agreement/Arbitration | 7/22/2021 | Plaintiff(1) |

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**

**Person Filing:** Dominique Brown T681828

**Address (if not protected):** 3250 W. Lower Buckeye Road

**City, State, Zip Code:** Phoenix, AZ 85009

**Telephone:** _____

**Email Address:** _____

**Lawyer's Bar Number:** _____

**Representing** ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

JEFF FINE
Clerk of the Superior Court
By Michael Fisher, Deputy
Date 07/21/2021 Time 11:32:12
Description                    Amount
       CASE# CV2021-011488
CIVIL NEW COMPLAINT Clerk's Use Only 33.00 D

TOTAL AMOUNT                   0.00
       Receipt# 28356144

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dominique Brown
Name of Plaintiff

Vonetta Lanier
Name of Defendant

**Case Number:** CV 2021-011488

**Title:** **CIVIL COMPLAINT**

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1.  Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☒ The Plaintiff resides in Maricopa County.

    ☒ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☐ Other reason: _____

Case Number: _____

## DISCOVERY TIER

2.  Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages, OR

Actions claiming nonmonetary relief.

☒ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.  The Plaintiff in this case is  Dominique Brown

4.  The Defendant in this case is  Vonetta Lanier

## STATEMENT OF FACTS AND BREACH

5. Vonetta Lanier is My probation officer in my criminal case. I was unable to reach

6. Vonetta Lanier for months and I constantly called and texted her and left voicemails

7. and I even spoke with a guy who had claimed to be her secretary. I lastly spoke with Vonetta

8. Lanier sometime Between November and the first week of December of 2020. Vonetta Lanier

9. On or about Feb. 8th 2021 falsely issued an arrest warrant for me claiming that I failed to

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

Case Number: _____

10. Report but she had my emergency contact number which she failed to use and she failed to answer my calls or text message or return my calls so that I could report and has caused me to be detained.

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

(    ) Wrongful prosecution

(    ) Wrongfully Imprisoned/Detained

(    ) Violation of my 8th Amendment Cruel and unusual punishment

(    ) Violation of my 14th Amendment rights and protections for U.S citizens

(    ) government officials misconduct

(    ) _____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(    ) By falsely violating me I have been wrongfully imprisoned and detained and If

Case Number: _____

( )  my probation is revoked due to this violation I can be sentenced to the department of

( )  correction for a length of time as low as 3 years or as long as 15 years.

( ) _____

_____

( ) _____

_____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( )  I Demand Vonetta Luther pay me the Relief of $20,000,000

( ) _____

_____

( ) _____

_____

( ) _____

_____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this 07-15-2021
*(Date of signature)*

*(Signature of Plaintiff or Plaintiff's Attorney)*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 4 of 4                    CVC10f 070118

Person Filing: Dominique Brown   T681828

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or ☐ Attorney for  ☐ Plaintiff OR ☐ Defendant

CLERK OF THE
SUPERIOR COURT
FILED
M. FISHER, DEP

2021 JUL 21  AM 11: 33

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dominique Brown

_____
PLAINTIFF,

vs.

Vonetta Lanier

_____
DEFENDANT.

Case Number: CV 2021-011488

## CERTIFICATE OF COMPULSORY ARBITRATION

**\*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you DO NOT need to file this form.**

The undersigned certifies that this case is (Please check **ONLY** one option below):

☐ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☐ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

**\*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:**

_____

_____

SUBMITTED this  15  day of  July  , 20 21 .

SIGNATURE _____

**In the Superior Court of the State of Arizona**

**In and For the County of** _____

Case Number **CV 2021-011488**

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _Dominique Brown_

Attorney Bar Number _____

CLERK OF THE
SUPERIOR COURT
FILED
M. FISHER, DEP

Is Interpreter Needed?    ☐ Yes    ☐ No

If yes, what language(s):    2021 JUL 21  AM 11: 33

_____

_____

---

| Plaintiff's Name(s): (List all) | Plaintiff's Address: | Phone #: | Email Address: |
|---|---|---|---|

_Dominique Brown  3250 w. Lower Buckeye Rd Phx, AZ 85007_

_____

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

_Vonetta Lanier  10420 W. Van Buren St; Ste 106, Avondale, AZ 85323_

(List additional Defendants on page two and/or attach a separate sheet)

### RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected. State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.**

☒ Amount Claimed $ _20,000,000_    ☐ Tier 1    ☐ Tier 2    ☒ Tier 3

### NATURE OF ACTION

**Place an "X" next to the <u>one</u> case category that most accurately describes your primary case. Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.**

<u>**100 TORT MOTOR VEHICLE:**</u>

☐ 101 Non-Death/Personal Injury*
☐ 102 Property Damage*
☐ 103 Wrongful Death*

<u>**110 TORT NON-MOTOR VEHICLE:**</u>

☐ 111 Negligence*
☐ 112 Product Liability – Asbestos*

☐ 112 Product Liability – Tobacco*
☐ 112 Product Liability – Toxic/Other*
☐ 113 Intentional Tort*
☐ 114 Property Damage*
☐ 115 Legal Malpractice*
☐ 115 Malpractice – Other professional*
☐ 117 Premises Liability*
☐ 118 Slander/Libel/Defamation*

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV10f 120120

Case No._____

☐ 116 Other (Specify)_____*

## 120 MEDICAL MALPRACTICE:

☐ 121 Physician M.D.*  ☐ 123 Hospital*
☐ 122 Physician D.O*  ☐ 124 Other*

## 130 & 197 CONTRACTS:

☐ 131 Account (Open or Stated)* 132 Promissory Note*
☐ 133 Foreclosure*
☐ 138 Buyer-Plaintiff*
☐ 139 Fraud*
☐ 134 Other Contract (e.g, Breach of Contract)*
☐ 135 Excess Proceeds-Sale*
☐ Construction Defects (Residential/Commercial)*
  ☐ 136 Six to Nineteen Structures*
  ☐ 137 Twenty or More Structures*
☐ 197 Credit Card Debt (Maricopa County Filings Only)*

## 145 & 150-199 OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation*
☐ 151 Eviction Actions (Forcible and Special Detainers)*
☐ 152 152 Change of Name
☐ 153 Transcript of Judgment 154 Foreign Judgment
☐ 158 Quiet Title*
☐ 160 Forfeiture*
☐ 175 Election Challenge
☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)*
☐ 180 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)*
☐ 187 Real Property *
☐ 145 Special Action against Lower Courts
   (See lower court appeal cover sheet in Maricopa)
☐ 194 Immigration Enforcement Challenge
   (A.R.S. §§1-501, 1-502, 11-1051)

## 144 & 150-199 UNCLASSIFIED CIVIL:

☐ 144 Administrative Review
   (See Lower Court Appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
   (All other tax matters must be filed in the AZ Tax Court)
☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute – Other*
☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)*
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain– Light Rail Only*
☐ 177 Interpleader– Automobile Only*
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute – Discrimination*
☐ 185 Employment Dispute – Other*
☐ 198 Verified Rule 27(a) Petition*
☐ 196 Verified Rule 45.2 Petition
☐ 195(a) Amendment of Marriage License (Maricopa
   County Filings Only)
☐ 195(b) Amendment of Birth Certificate
☒ 163 Other* Wrongful prosecution /
   (Specify)
   Wrongfully imprisoned/
   detained /violation of
   my 8th and 14th Amendment
   government official
   misconduct

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
CV10f 120120

Case No._____

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order     ☐ Provisional Remedy     ☐ OSC     ☐ Election Challenge

☐ Employer Sanction     ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at: https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV10f 120120

Person Filing: Dominique Brown T681828

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone:

Email Address:

Lawyer's Bar Number:

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff OR  ☐ Defendant

CLERK OF THE
SUPERIOR COURT
FILED
M. FISHER, DEP

2021 JUL 21  AM 11: 33
For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dominique Brown
Name of Plaintiff

Vonetta Lainer
Name of Defendant

Case Number: CV 2021-011488

Title:  **PLAINTIFF'S DEMAND FOR
JURY TRIAL**

Plaintiff, Dominique Brown demands a trial by jury in this case. If this
*(Name of Plaintiff)*

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this 07-15-2021
*(Date of signature)*

_____
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 1                                    CV03f 120319

Person Filing: **Dominique Brown T681828**
Address (if not protected): 3250 W. Lower Buckeye Road
City, State, Zip Code: Phoenix, AZ 85009
Telephone: _____
Email Address: _____
Lawyer's Bar Number: _____

CLERK OF THE
SUPERIOR COURT
FILED
M. FISHER, DEP

2021 JUL 21  AM 11: 36

For Clerk's Use Only

Representing   [X] Self, without a Lawyer  or   [ ] Attorney for   [ ] Petitioner   OR   [ ] Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

**Dominique Brown**
**Name of Petitioner/Plaintiff**

**Vonetta Lanier**
**Name of Respondent/Defendant**

Case Number: **CV 2021-011488**

**APPLICATION FOR DEFERRAL OR WAIVER OF COURT FEES OR COSTS AND CONSENT TO ENTRY OF JUDGMENT**

STATE OF ARIZONA      )
COUNTY OF Maricopa )
ss.

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

I am requesting a deferral or waiver of all fees including: filing a case, issuance of a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, one certified copy of a temporary order in a family law case, one certified copy of the court's final order, preparation of the record on appeal, court reporter's fees of reporters or transcribers, service of process costs, and/or service by publication costs. (I have completed the separate Supplemental Information form if I am asking for service of process costs, or service by publication costs.) I understand that if I request deferral or waiver because I am a participant in a government assistance program, I am required to provide proof at the time of filing. The document(s) submitted must show my name as the recipient of the benefit and the name of the agency awarding the benefit. **Note. All other applicants must complete the financial questionnaire beginning at section 3. If you are a participant in one of the programs in section 1 or 2 (below), you do not need to complete the financial questionnaire, and can proceed to the signature page.**

1.  [ ] **DEFERRAL:** I receive government assistance from the state or federal program marked below or am represented by a not for profit legal aid program:

    [ ] Temporary Assistance to Needy Families (TANF)
    [ ] Food Stamps
    [ ] Legal Aid Services

2.  [ ] **WAIVER:**

    [ ] I receive government assistance from the federal Supplemental Security Income (SSI) program.

Case Number: _____

3. **FINANCIAL QUESTIONNAIRE**
   **SUPPORT RESPONSIBILITIES.** List all persons you support (including those you pay child support and/or spousal maintenance/support for):

   | NAME | RELATIONSHIP |
   |---|---|
   | Kyrique Brown | Son |
   | Kyriod Brown | Son |
   | Dominique Dishawn Brown Jr. | Son |

**STATEMENT OF INCOME AND EXPENSES**

Employer name: _____

Employer phone number: _____

☒ I am unemployed (explain): _I am currently detained_____

My prior year's gross income: $_____

**MONTHLY INCOME**

My total monthly gross income: $_____

My spouse's monthly gross income (if available to me): $_____

Other current monthly income, including spousal maintenance/support,
retirement, rental, interest, pensions, and lottery winnings: $_____

**TOTAL MONTHLY INCOME** $_____0_____

**MONTHLY EXPENSES AND DEBTS:** My monthly expenses and debts are:

| | PAYMENT AMOUNT | LOAN BALANCE |
|---|---|---|
| Rent/Mortgage payment | $_____ | $_____ |
| Car payment | $_____ | $_____ |
| Credit card payments | $_____ | $_____ |
| Explain _____ | | |
| Other payments & debts | $_____ | $_____ |
| Household | $_____ | |
| Utilities/Telephone/Cable | $_____ | |
| Medical/Dental/Drugs | $_____ | |
| Health insurance | $_____ | |
| Nursing care | $_____ | |
| Tuition | $_____ | |
| Child support | $_____ | |
| Child care | $_____ | |
| Spousal maintenance | $_____ | |
| Car insurance | $_____ | |
| Transportation | $_____ | |
| Other expenses (explain) | $_____ | |

**TOTAL MONTHLY EXPENSES** $_____0_____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

GNF11f - 060115
Use current version

Case Number: _____

**STATEMENT OF ASSETS:** List only those assets available to you and accessible without financial penalty.

|  | ESTIMATED VALUE |
|---|---|
| Cash and bank accounts | $_____ |
| Credit union accounts | $_____ |
| Other liquid assets | $_____ |
| **TOTAL ASSETS** | $_____0_____ |

**The basis for the request is:**

4.  [ ] **DEFERRAL:**

    **A.** [ ] My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court. My gross income as computed on a monthly basis is 150% or less of the current federal poverty level. (Note: Gross monthly income includes your share of community property income if available to you.)

OR

    **B.** [X] I do not have the money to pay court filing fees and/or costs now. I can pay the filing fees and/or costs at a later date. **Explain.**

       When I am free to work a Job

OR

    **C.** [ ] My income is greater than 150% of the poverty level, but have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that reduce my gross monthly income to 150% or below the poverty level.

| DESCRIPTION OF EXPENSES | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| **TOTAL EXTRAORDINARY EXPENSES** | $_____0_____ |

5.  [ ] **WAIVER:**

I am permanently unable to pay. My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life and are unlikely to change in the foreseeable future.

---

<b>IMPORTANT</b>

This *"Application for Deferral or Waiver of Court Fees or Costs"* includes a *"Consent to Entry of Judgment."* By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment. At the conclusion of the case you will receive a *Notice of Court Fees and Costs Due* indicating how much is owed and what steps you must take to avoid a judgment against you if you are still participating in a qualifying program. You may be ordered to repay any amounts that were waived if the court finds you were not eligible for the fee deferral or waiver. If your case is dismissed for any reason, the fees and costs are still due.

---

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

GNF11f - 060115
Use current version

Case Number: _____

**CONSENT TO ENTRY OF JUDGMENT.** By signing this Application, I agree that a judgment may be entered against me for all fees or costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment.

# OATH OR AFFIRMATION

**I declare under penalty of perjury that the foregoing is true and correct.**

07-19-2021
_____
Date

_____
Signature

Dominique Brown
_____
Applicant's Printed Name

7|19|2021
_____
Date

_____
Judicial Officer, Deputy Clerk or Notary Public

4|14|2023
_____
My Commission Expires/Seal.

C A MANSCALCO
Notary Public, State of Arizona
Maricopa County
Commission # 560424
My Commission Expires
April 14, 2023

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

GNF11f - 060115
Use current version

Person Filing: Dominique Brown T681828

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing  ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

CLERK OF THE
SUPERIOR COURT
FILED
M. FISHER, DEP

2021 JUL ... Clerk AND ... only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dominique Brown
**Name of Petitioner/Plaintiff**

Vonetta Lanier
**Name of Respondent/Defendant**

**Case Number:** CV 2021-011488

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR DEFERRAL OR WAIVER OF SERVICE OF PROCESS FEES**

STATE OF ARIZONA )
COUNTY OF Maricopa ) ss.

**NOTE: FILL OUT THIS FORM ONLY IF YOU REQUESTED DEFERRAL OR WAIVER OF SERVICE COSTS IN THE APPLICATION. YOU MUST HAVE ATTEMPTED PERSONAL SERVICE OR HAVE A VALID REASON FOR NOT DOING SO. SERVICE BY PUBLICATION IS USED AS A LAST RESORT.**

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

**I have requested a deferral or waiver of the following fees in my case:**

[ ] **Fees for service of process by a sheriff, marshal, constable, or law enforcement agency:** In support of my request, I state that (check and complete any that apply):

    [ ] I have attempted to obtain voluntary acceptance of service of process without success on the person to be served.

    [ ] It would be useless or dangerous for me to try to obtain voluntary acceptance of service by the person to be served because (explain):

    _____

    _____

    [ ] An enforceable injunction against harassment has been granted to me against the person to be served.

Case Number: _____

[ ] **Fees for publication:** In support of my request, I state that I have attempted to locate the person to be served but I have been unable to locate that person (check and complete any that apply):

[ ] This is what I did to try to find the other party (explain):

_____

_____

[ ] I have contacted the person(s) listed below to try to find the location of the other party.

**NAME**                                  **ADDRESS**

_____

_____

## OATH OR AFFIRMATION

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: 07-15-2021

_____
Signature

_____
Applicant's Printed Name
Dominique Brown

## INFORMATION FOR SERVICE

**You must provide the following information:**

To the best of my knowledge, as of (date) 07-15-21, the last known address of the person to be served as: 10420 W. Van Buren St; Ste 106, Avondale, AZ 85323

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNF21f - 090114
Use current version

Person Filing: Dominique Brown 768/828

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone:

Email Address:

Lawyer's Bar Number:

Representing ☒ Self, without a Lawyer   or   ☐ Attorney for   ☐ Petitioner   OR   ☐ Respondent

CLERK OF THE
SUPERIOR COURT
FILED
M. FISHER, DEP

2021 JUL 21   AM 11: 36

For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Dominique Brown

**Name of Petitioner/Plaintiff**

Vonetta Lanier

**Name of Respondent/Defendant**

Case Number: CV 2021-011488

ORDER REGARDING DEFERRAL OR WAIVER OF
COURT FEES AND COSTS AND
NOTICE REGARDING CONSENT JUDGMENT

---

**NOTE: ONLY FILL OUT THE ABOVE INFORMATION. THE COURT WILL FILL OUT THE REST OF THE FORM.**

---

**THE COURT FINDS** that the applicant (print name) *Dominique Brown*:

1. ☐ IS NOT ELIGIBLE FOR A DEFERRAL of fees and/or costs.

    **OR**

2. ☒ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.

    **OR**

3. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

    **OR**

4. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

    **OR**

5. ☐ IS ELIGIBLE FOR A WAIVER of fees and/or costs because the applicant is permanently unable to pay (A.R.S. § 12-302(D)).

    **OR**

6. ☐ IS ELIGIBLE FOR A WAIVER of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

    **OR**

Case Number: _____

**7.** ☐ IS NOT ELIGIBLE FOR A WAIVER of fees and/or costs.

**IT IS ORDERED:**

☐ **DEFERRAL IS DENIED** for the following reason(s):

 ☐ The application is incomplete because _____

 **You are encouraged to submit a complete application.**

 ☐ The applicant does not meet the financial criteria for deferral because _____

 **A deferral MUST BE granted if the applicant is receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps; presents documentation they are currently receiving services from a non-profit legal services organization; has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court; or, if the applicant demonstrates other good cause.**

☒ **DEFERRAL IS GRANTED** for the following fees and/or costs in this court:

 ☒ Any or all filing fees; fees for the issuance of either a summons and subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

 ☒ Fees for service of process by a sheriff, marshal, constable or law enforcement

 ☒ agency. Fees for service by publication.

 ☐ Filing fees and photocopy fees for the preparation of the record on appeal.

 ☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

 **IF A DEFERRAL IS GRANTED, PLEASE CHECK ONE OF THE FOLLOWING BOXES:**

 ☒ **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE.**

 ☐ **SCHEDULE OF PAYMENTS.**
 The applicant shall pay $_____ each _____ (week, month etc.) until paid in full, beginning _____.

☐ **WAIVER IS DENIED** for all fees and/or costs in this case.

☐ **WAIVER IS GRANTED** for all fees and/or costs in this case that may be waived under A.R.S. § 12-302(H).

 ☐ Any or all filing fees; fees for the issuance of either a summons or subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

 ☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

GNF18f - 050119
Use current version

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #2
DOCUMENT DEPOSITORY

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

21 AUG 10 PH 6: 13
FILED
BY M. Oliverio, DEP

Dominique Brown
vs.
Vonetta Lainer

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2021-011488 |
| | ) ss. | |
| County of Maricopa | ) | 21007823 |

I hereby certify that I received the within documents on the **21st** day of **July** A.D. **2021** at the hour of **11:56 AM**, and served the same on the **6th** day of **August** A.D. **2021** on **Vonetta Lanier** being said defendant(s) named in said documents, by delivering **to Vonetta Lanier** in person, at **Adult Probation, Avondale Office, 10420 W Van Buren Street, Ste 106 Avondale, AZ 85323** at **10:18 AM** in the county of Maricopa, a copy of said **Summons, Complaint, Certificate Of Compulsory Arbitration, Plaintiff's Demand For Jury Trial.**

**Dated this 6th day of August A.D. 2021.**

| | |
|---|---|
| Service | $16.00 |
| Mileage | $33.60 |
| Mileage | $33.60 |
| Total | $83.20 |

PAUL PENZONE
Maricopa County Sheriff

By _____
Deputy M. Trombi #S1271

A9195

# ORIGINAL

Person Filing: Dominique Brown T681828

Address (if not protected): 3250 W. Lower Buckeye Road

City, State, Zip Code: Phoenix, AZ 85009

Telephone: _____

Email Address: _____

Lawyer's Bar Number: _____

Representing  [X] Self, without a Lawyer or  [ ] Attorney for  [ ] Plaintiff OR  [ ] Defendant

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #2
DOCUMENT DEPOSITORY

21 AUG 10 PM 6: 13

FILED
BY M. Oliverio, DEP

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Dominique Brown
Name of Plaintiff

Case No.: CV 2021-011488

And

Vonetta Lanier
Name of Defendant

### SUMMONS
If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully.
If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Vonetta Lanier
Name of Defendant

1. **A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."***

2. **If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:**

   - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR**

   - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR**

   - **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 OR**

   - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

CV11f 031820

RECVD MCSO CIVIL
2021 JUL 21 AM 11:56

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

JEFF FINE, CLERK

SIGNED AND SEALED this date   JUL 2 1 2021   _____

CLERK OF SUPERIOR COURT

By _____   Deputy Clerk

M. Fisher
Deputy Clerk